

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2020

No. 04-19-00801-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CARLOS BENAVIDES JR., AN INCAPACITATED PERSON**

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2011PB6000081L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:     Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

On December 12, 2019, appellee filed a motion to dismiss the appeal for lack of jurisdiction. Appellee's motion to dismiss is CARRIED WITH THE APPEAL.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court